

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JAMES PATRICK ALLEN,  §  No. 08-19-00175-CR

Appellant,  §  Appeal from the

v.  §  244th District Court

THE STATE OF TEXAS,  §  of Ector County, Texas

State.  §  (TC# C-16-0821-CR)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 15, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Robert V. Garcia, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 15, 2019.

IT IS SO ORDERED this 18th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.